OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 18 2015

**11/18/2015**
**ROTHENBERG, ZACHARY MITCHELL** Tr. Ct. No. 1383584-A
WR-84,039-01

On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE
RETURN
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

ZACHARY MITCHELL ROTHENBERG
825